

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NALAN SEKER SHAW, | § | No. 08-23-00122-CR |
| Appellant, | § | Appeal from the |
| v. | § | 175th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2022CR6815) |

## MEMORANDUM OPINION

Appellant Nalan Seker Shaw pleaded true to one count of fraudulent use or possession of identifying information and was placed on deferred-adjudication community supervision for a period of eight years.[1] The trial court certified Appellant's right to appeal. After Appellant filed a notice of appeal, Appellant's appellate counsel filed a motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967) and a brief in support of the motion. Subsequently, appellate counsel filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.2, indicating "Appellant is asking this Court to dismiss this appeal."

---

[1] This case was transferred from our sister court in San Antonio, and we decide it in accordance with the precedent of that court to the extent required by TEX. R. APP. P. 41.3.

Rule 42.2(a) provides: "At any time before the appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion. The appellant and his or her attorney must sign the written motion to dismiss and file it in duplicate with the appellate clerk, who must immediately send the duplicate copy to the trial court clerk." TEX. R. APP. P. 44.2(a). We have not yet issued a decision in this case, and Appellant's motion to dismiss the appeal is signed by both Appellant and appellate counsel. Because Appellant has complied with the Rule 42.2(a) requirements, we grant the motion and dismiss the appeal. *See id.* We further grant Appellant's counsel's motion to withdraw.


LISA J. SOTO, Justice


July 7, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

(Do Not Publish)